**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**GLYNN ROGER TAYLOR,**

    Plaintiff,

v.                                              **CASE NO. 3:04-cv-614-J-16MCR**

**ROBERT MILNER, in his official capacity
as SHERIFF OF BRADFORD COUNTY,
DEPUTY SHERIFF M.L. McKENZIE,
DEPUTY SHERIFF JOHN DOE NO. 1,
and DEPUTY SHERIFF JOHN DOE NO. 2,**

    Defendants.

_____/

## **O R D E R**

    Before the Court is the Plaintiff's Motion to Dismiss (Dkt. 21), which the Court construes as a motion for voluntary dismissal under Rule 41, Federal Rules of Civil Procedure. The Plaintiff seeks to voluntarily dismiss Defendant McKenzie, claiming that discovery has revealed that Deputy Sheriff McKenzie had no liability in this case. The Plaintiff attached a consent order to his Motion.

    Accordingly, the Plaintiff's Motion to Dismiss (Dkt. 21) is **GRANTED** and Defendant M.L. McKenzie is hereby **DISMISSED** from this case with prejudice.

    **DONE AND ORDERED** in Chambers at Jacksonville, Florida this 15th day of June, 2005.

_/s/ John H. Moore II_
JOHN H. MOORE II
United States District Judge

**Copies to:**    Counsel of Record