UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GLYNN ROGER TAYLOR,**

    Plaintiff**,**

    v.                  No: 3:04-cv-614-J-16MCR

**COUNTY OF BRADFORD, FLORIDA;
M. L. MCKENZIE, Deputy Sheriff; JOHN
DOE NO. 1, Deputy Sheriff; and JOHN DOE
NO. 2, Deputy Sheriff,**

    Defendant**.**
_____/

**ORDER OF DISMISSAL**

The Court has been notified that the above-styled cause has been settled. Accordingly, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is now

**ORDERED AND ADJUDGED:**

That the above-styled cause be and the same is hereby **DISMISSED WITH PREJUDICE** subject to the right of any party to move the Court within thirty (30) days of the date of this Order to enter a stipulated form of final order or judgment or to show good cause why the case should be reopened for further proceedings.

**DONE AND ORDERED** in Jacksonville, Florida, this  11th  day of July, 2005.

Copies to:
    Counsel of Record

_/s/ John H. Moore II_
JOHN H. MOORE II
United States District Judge